USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,  :
                                    :
                        Plaintiff,  :
                                    :          1:19-cv-10547-GHW
         -against-                  :
                                    :                ORDER
                                    :
GOTHAM ORGANIZATION INC.,           :
FXCOLLABORATIVE ARCHITECTS, LLP,    :
BRAUSE REALTY, INC., PURVES STREET  :
OWNERS, LLC,                        :
                                    :
                        Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on June 8, 2020 at 3:30 p.m. to discuss setting discovery deadlines in this case. The parties are directed to use the conference dial-in and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are further directed to comply with Emergency Rule 2(C).

Discovery is stayed pending that conference for the reasons stated on the record during the April 24, 2020 conference, except for the Rule 26(a)(1) disclosures that must be exchanged no later than May 8, 2020.

The parties must submit a joint letter and proposed case management plan no later than June 4, 2020, addressing the issues discussed on the record during the April 24, 2020 conference.

SO ORDERED.

Dated: April 24, 2020

_____
GREGORY H. WOODS
United States District Judge