USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,       :
                                          :
                          Plaintiff,  :
                                          :        1:19-cv-10547-GHW
         -against-              :
                                          :        ORDER
GOTHAM ORGANIZATION INC.,                 :
FXCOLLABORATIVE ARCHITECTS, LLP,          :
BRAUSE REALTY, INC., PURVES STREET        :
OWNERS, LLC,                              :
                                          :
                        Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the March 3, 2021 conference, the stay on discovery in this matter is lifted. For the reasons stated on the record during the same conference, the Court defers ruling on the discovery issues related to Defendants' corporate structure and FXC's unredacted insurance agreement. *See* Dkt. No. 70. Defendants are directed to confer with Plaintiff and produce the other categories of documents identified in the parties' January 28, 2021 joint letter. *Id.*

      The parties are directed to submit a joint letter regarding the discovery schedule in this matter and proposed amended case management plan by no later than March 10, 2021.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 70.

      SO ORDERED.

Dated: March 3, 2021
New York, New York
                                                  GREGORY H. WOODS
                                                  United States District Judge