USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC., :
:
                          Plaintiff, :
:   1:19-cv-10547-GHW
      -against- :
:   ORDER
GOTHAM ORGANIZATION INC., :
FXCOLLABORATIVE ARCHITECTS, LLP, :
BRAUSE REALTY, INC., PURVES STREET :
OWNERS, LLC, :
:
                       Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The parties' August 10, 2022 request to stay discovery, Dkt. No. 97, is granted. Discovery in this action is stayed for 45 days to permit the parties to finalize a settlement agreement. If no settlement agreement has been submitted by September 21, 2022, the parties are ordered to submit a joint letter explaining the status of their settlement discussions and stating whether they are requesting an extension of the stay.

      The Clerk of Court is directed to terminate the motion at Dkt. No. 97.

      SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                              GREGORY H. WOODS
                                             United States District Judge